**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 09-8241**

———————————

LESTER HARDY,

              Plaintiff – Appellant,

        v.

GEORGE J. BRANKER,

              Defendant – Appellee.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.    Malcolm J. Howard,
Senior District Judge.  (5:08-ct-03163-H)

———————————

Submitted:  July 27, 2010          Decided:  August 4, 2010

———————————

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit
Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Lester Hardy, Appellant Pro Se.  James Philip Allen, Assistant
Attorney General, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lester Hardy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hardy v. Branker, No. 5:08-ct-03163-H (E.D.N.C. Dec. 14, 2009). Further, we deny Hardy's objection to the fee for this appeal being charged to his inmate account. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2